In the Matter of the Application of THEODORE B. BAR-RINGER, Appellant, *v.* THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.

*Matter of Barringer* v. *Bd. of Education, N. Y.,* 140 App. Div. 903, affirmed.

(Argued October 2, 1911; decided October 17, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 17, 1911, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendant to reinstate the relator as principal of Public School No. 39 in the borough of Manhattan.

*Arnon L. Squiers* and *Warren I. Lee* for appellant.

*Archibald R. Watson, Corporation Counsel (Terence Farley* and *Charles McIntyre* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: VANN, WERNER, WILLARD BARTLETT, HIS-COCK and CHASE, JJ. Dissenting: CULLEN, Ch. J., and HAIGHT, J.